If you come up with any ideas for the project let know. 9:41 PM ✓✓

May 4

As Salaam Alaikum...Ramadan Kareem Akhee. 10:26 PM ✓✓

Walaykum asalaam. Monday i hear. 10:36 PM

You know, I just read that right after I sent that message. 10:38 PM ✓✓

The Ramadan crescent was not sighted in Saudi Arabia so Monday it is Akhee 10:38 PM ✓✓

Yep 10:54 PM

May 12

As Salaam Alaikum brother 4:59 PM ✓✓

Walaykum asalaam 6:57 PM

3:21
24.3 MB

Message




3:21
24.3 MB

7:19 PM ✓✓

Perfect thus far. *7:22 PM*

The volume & yeild specifically has a ratio of good importance.    *7:23 PM*

The tips for safety are also outstanding. As those are the most realistic ways to purchase items required, avoid digitsl tripwires and maintain a low profile. *7:23 PM*

Easiest disguises would of course be dense sunglasses, a clean shaven face and a hat.    *7:24 PM*

Normal glasses work just as efficiently if the clothing attire is appropriately matched to convey a teacher asthetic.    *7:25 PM*

Very well done. *7:25 PM*    

Message


Also the mentioning of safety apperal needed is well noted, as the chemical smell it gives off, working with such tools and its hazards are important to note.

7:26 PM

The coffee filter is the standard means of filtration, i however am curious if specific brands would allow better yield due to quality of the paper used.

7:27 PM

Video so far is coming out perfect, nothing left undone, everything prioritized & mentioned in a way that can be commonly understood.

7:28 PM

Of course moving forward 7:29 PM

When it comes to the assembly aspect of this

7:29 PM

I would recommend working backwards.

7:29 PM

As having a functioning detonator on hand will allow one to detonate if a raid is conducted.

7:29 PM

Also keeping a clean and non accountable work environment is also necessary

7:30 PM

 Message  




As forensics will of course take photos and if things appear to be set up for an attack, prosecution can easily win. *7:31 PM*

However by working backwards, having a detonator could potentially be claimed to have been used with a science experiment (as noted in the opening of the video) with no malicious intent to harm. *7:32 PM*

As the power source used to detonate could be applied to a varity of other applications. Such as a potato clock, making a jerry rigged, remote controlled item. *7:33 PM*

Etc etc etc. *7:33 PM*

Secondly, TIME. Time must be emphasized in a seperate video when it comes to the usage of this. *7:34 PM*

This initial video is basically how to safely create and use TATP without setting off any federal alarms. Its purpose is not to harm but simply to educate *7:35 PM*

A follow up video on high value targets, understanding contemporary warfare in comparasion to classical islamic warfare,



@ Message ⬤ 🎤





A follow up video on high value targets, understanding contemporary warfare in comparasion to classical islamic warfare, how to scout locations & people, mental & religious preperation, use of disguises, basic legal information required to appropriately scout without being detected or raising alarm.

When to strike and how,

As well as tactical analysis of active shooting scenarios, law enforcement response & how to successfully leave an area without being caught, are all things for a seperate video.

One video being the primer, while the second being the catalyst or detonator.

7:39 PM

That being said, this initial video is extremely important as thus far it appears to be legally compliant with US law and thus subject to enter public domain for responses & communication.

7:41 PM

That being said, if this video can be published two things will happen.

Message

That being said, if this video can be published two things will happen.

1: the Islamic world will have a better grasp on how to defend itself with the usage of explosives in a reasonable & safe manner.

2: everyone who sees, uploads, reuploads & shares this video will be aware of how to safely and accurately create & use explosives.

Which means the list of potentially dangerous people escalate from being small and well managed to being completely useless as everyone becomes a tier 1 threat.

As a result of that, it is possible

That people of interests within the Islamic field will be taken with more precaution & treated better as the results of upsetting a suspected terrorist will only exacerbate any hostilities they already have thus endangering others as a result.   *7:46 PM*

A few other notes

Message


**A few other notes**   *7:47 PM*

If this video is produced and is fully legally compliant the main stream media of course will remark on the video which will only cause it to spread even further thus educating even more people, when the backlash happens of trying to censor the information curiosity will compel even more people to seek it out and watch it, which in turn only helps everyone as this information becoming general knowledge is extremely useful to the world as a collective. Examples, (Venezuela, Libya, France, Yemen, Northern China, Burma, Palestine, Syria, Saudi & Iran)

Each place has political turmoil, the information provided can & would assist the general population against the corrupt or oppresive people.    *7:51 PM*

It is my honest belief that if & when you finish this, this deed will live on forever, as the information becoming public knowledge will only be a Good thing as it evens things into a more balanced state between civilians & governments, knowing that the supplies are easy to

@    ( Message          ⬤ ) 🎤


It is my honest belief that if & when you finish this, this deed will live on forever, as the information becoming public knowledge will only be a Good thing as it evens things into a more balanced state between civilians & governments, knowing that the supplies are easy to obtain, proper yields will be established to be used correctly, safety being the priority will allow even the most basic of intelligent people to produce the means to defend themselves against hostile powers.                        7:54 PM

Once this video is complete   8:00 PM

If you're willing to make a secondary video that will change current islamic warfare, let me know. As that video in perticular will let us win this battle of hearts and minds, once and for all.               8:01 PM

MayvAllah reward you well for your work, & remember to stay safe.         8:02 PM

Shukran Akhee  8:10 PM ✓✓

Will update the video with your suggestions....once project is comple will work with you on secondary project.

⌄

📎 Message ⬤ 🎤

‹ Chats ☀ **Connecting...**

Will update the video with your suggestions...once project is complete will work with you on secondary project. 8:12 PM ✓✓

Great 8:13 PM

June 4

Akhee, Eid Mubarak 9:55 PM ✓✓

June 9

Eid mubarak 5:28 PM

June 23

As Salaam Alaikum Akhee. 8:16 PM ✓✓

Are you there? 8:19 PM ✓✓

June 24

Walaykum asalaam 1:21 AM

Not as much as I'd like to be. 1:21 AM

I have the next section of the video ready for you to see...let me know when you're ready to receive it. 6:53 AM ✓✓

Let's see it. 8:09 AM

🖇 Message 🎤

**Let's see it.** *8:09 AM*

☁ 4:44
31.9 MB

▶

*8:11 AM* ✓✓

**I see.** *8:16 AM*

**everything appears, fine. Looks like all bases are covered, it's fool proof.** *8:17 AM*

**Albamdulilah Akhee.** *8:17 AM* ✓✓

**Yeah I'd say the information given is perfect. Nothing could possibly go wrong.** *8:18 AM*

**With safety being fully accounted for all that's left is the yeild amounts, creation and demonstration.** *8:18 AM*

**I imagine the detonation of a building is something unlikely to be easily done.** *8:19 AM*

⌄

📎 Message 🎙

However if the math utilized can be proven to work with the yeilds given that demonstation won't be needed due to scaling and solveable math. 8:20 AM

I do wonder if this information will be useful to people as much as i believe it will 8:21 AM

Of course. None of this is expert advice on my part. 8:22 AM

So hard to say. 8:22 AM

Akhee, for the video do you want a nasheed in the background of the video or just the way it is? 8:27 AM ✓✓

As is, is fine. 8:29 AM

Not sure what nasheed would even fit in this type of video. 8:29 AM

Good point. 8:30 AM ✓✓

Working on volume and yield amounts will have that in the final video. 8:32 AM ✓✓

Good. 8:33 AM

For the tatp instruction part I was thinki

Message


For the tatp instruction part I was thinking about putting in hyperlinks, what do you think? 8:36 AM ✓✓

What for? 8:37 AM

I suppose a detailed description of the product? 8:38 AM

Exactly. Yes. 8:38 AM ✓✓

Well if you do, it has to be in two sets. One for whatever product your listing and one from wikipiedia explaining the product. 8:38 AM

Take a look at these links and tell me which one you want in the video. 8:39 AM ✓✓

https://web.archive.org/web/20060820114218/http://www.roguesci.org/megalomania/explo/acetoneperoxide.html

web.archive.org
**Megalomania's Method of Making Acetone Peroxide**
This page gives detailed information on how to make the explosive acetone peroxide. 8:39 AM ✓✓

http://www.textfiles.com/anarchy/

⌄

@ Message ⬤ 🎤





http://www.textfiles.com/anarchy/
INCENDIARIES/aceton~1.txt  8:39 AM ✓✓

https://totseans.com/totse/en/bad_ideas/
ka_fucking_boom/
acetoneperoxid173606.html

Totseans
totse.com | Acetone Peroxide
totse.com - Acetone Peroxide - Here is a faily
detailed synth to make Acetone Peroxide
(AP). Note this is a high explosive and should
NOT be made by any inexperienced people.
8:40 AM ✓✓

https://totseans.com/totse/en/bad_ideas/
ka_fucking_boom/162155.html

Totseans
totse.com | Acetone Peroxide Detonators
totse.com - Acetone Peroxide Detonators -
Acetone peroxide is a primary explosive that
can be made from hair bleach (hydrogen
peroxide), acetone, and sulfuric acid. This
explosive is to be used in the fabrication of
detonators.  8:40 AM ✓✓

Hmm... the hydrochoric explanation is
good but leaves out the fact that metal
cant be used when making the product.
8:46 AM

Then again the first one does as well.
8:46 AM ⌄

📎 ⟨ Message ⟩ ⬤ 🎤


Then again the first one does as well.
8:46 AM

You're call, I'd just emphasize that metal cannot or should not be used when creating your product. Unless used for chilling items used in conjunction with the product.
8:47 AM

I.e a metal bowl filled with liquid nitrogen to retain a low temperature while preparing your product.
8:48 AM

Or a metal bowl made into an ice bath prior to utilizing a mixture.
8:48 AM

Can make that clear in the final version.
8:49 AM ✓✓

About that nasheed
8:50 AM

Do you want url or cut & paste info from the url into the tatp production section?
8:50 AM ✓✓

It would be in video form. So cut and paste info would be better. But also URL within the video as well
8:51 AM

For hardcopy versions.
8:51 AM

But yeah. I think 3 versions would be best.

Message  




But yeah. I think 3 versions would be best.
8:52 AM

One with a nasheed. 8:52 AM

One without 8:52 AM

And one of course. With normal music.
8:52 AM

Okay, I can make that happen. 8:52 AM ✓✓

I think this song fits well for ironic reasons
8:53 AM

https://youtu.be/lGcnHvkLRb0



YouTube
**The End Of Evangelion - Komm Süsser Tod HD**
lmao https://twitter.com/Gimli_Chan
8:53 AM

When it comes to normal music. 8:53 AM



Message  

When it comes to normal music. *8:53 AM*

Or this one.

https://youtu.be/03qBqP2I4p8



**YouTube**
**Cowboy Bebop OST 3 Blue - Blue**
OST ANIME MUSIC JAPAN MUSIC Web:
http://radiomanga.net http://
vivemusica.net http://
ostanimemusic.blogspot.com http://
ostjmusic.blogspot.com :-) Blue
Anime: ... *8:54 AM*

Reasoning: allows for the video to become
a meme. *8:54 AM*

Most people who saw the video with a
nasheed attached would think "its just a
jihadist video "

 Message  




Most people who saw the video with a nasheed attached would think "its just a jihadist video " 8:54 AM

Good point. 8:55 AM ✓✓

But when you use a song that's well known or associated with certain types of feelings. It has a good potential to become a meme. 8:55 AM

Then people who aren't even interested in the knowledge provided therein would want to see the video just to verify its true. 8:55 AM

With kom susser tod. It's the ending to evangelion. Which could give way to a powerful meme, in that the nihilistic optimism expressed within the video via how to safely produce the most unstable explosive commonly used; is contrasted by the fact that the video is trying to teach you how to safely do something that's inherently dangerous. 8:58 AM

On the nasheed version, do you have nasheed in mind? 9:01 AM ✓✓

Where as with Blue, its the ending to

⌄

@ Message 🎤

 
Where as with Blue, its the ending to cowboy bebop, in that death, a happy death is the ultimate ending of those who embark on this path.

Spike went to go kill the syndicate knowing the mission was somewhat of a suicide mission. Yet he didn't claim to do so to die. He left on the mission to "see if I'm really alive." People often claim they feel the most alive on the battlefield. Or when near death (if you've observed the elderly on hospice) so with blue you're kind of stating this is about Your Ending and how you choose to embrace it. 9:01 AM

Well... 9:01 AM

I thought quriban quriba would be a good fit. 9:01 AM

But so does, hiya al jihad. 9:02 AM

It's german but ultimately has nice athestics not used enough. 9:02 AM

And for the sake of Allah is also good. 9:02 AM

But i leave this one up to you. 9:03 AM



Message  


Of course with 3 versions one could always redub the silent version with whatever song or nasheed they wanted.
9:03 AM

So in the end it doesn't matter to much.
9:03 AM

We will finish this video and then begin work on second video...
9:12 AM ✓✓

Excellent 9:14 AM

June 28

Know anyone who can make a nasheed?
8:20 PM

June 30

As Salaam Alaikum Akhee.

Let me ask around...what kind of nasheed(s) are you looking for? What do you want them to be about?
2:48 PM ✓✓

I want a nasheed that uses the sounds of the battlefield as music. Since that isn't haram.
9:31 PM

Do you want to come up with the wordi portion and I will come up with the

Message

Do you want to come up with the wording portion and I will come up with the battlefield sounds? 10:01 PM ✓✓

Sure 10:06 PM

It might get a bit complicated 10:07 PM

Due to distance. 10:07 PM

Due to distance? 10:09 PM ✓✓

July 1

Yes 7:06 AM

Akhee, what do you mean by due to distance? 12:11 PM ✓✓

Time constrants and communication 12:56 PM

Okay, get me the wording and I will see what I can do about the battle sounds. 1:00 PM ✓✓

July 2

Got it 12:25 PM

But it's gonna be a bit hard on your part 12:25 PM



Message


But it's gonna be a bit hard on your part
12:25 PM

Firstly i need a handful of sounds and one in perticular i have only ever seen once.
12:26 PM

During the prison break dawlah did there was a man recording. And he gives a loud takbir at the second explosion
12:26 PM

I want that specific takbir
12:27 PM

And a few other takbirs that are good as well
12:27 PM

Next we'll need a few sound effects
12:27 PM

https://youtu.be/MOwAgqz3sv0



YouTube

 Message  


https://youtu.be/MOwAgqz3sv0



YouTube
**KILL THEM ALL! (Pennywise)**          *12:27 PM*

**Just the children sayingnkill them all**
*12:28 PM*

https://youtu.be/euWNclNRVsU

**0:19 - 0:34**



YouTube

 Message ⬤ 

‹ Chats    ☀ **Connecting...** 

https://youtu.be/euWNclNRVsU

0:19 - 0:34



YouTube
**Moab 1080p 30fps with Sound**
This is an explosion in a remote desert city. The MOAB weighs more than 10,000 kilograms and contains 8,164 kilograms of explosive. Its explosion has a blast...

*12:29 PM*

This perticular explosion and that of white phosphorus if you can find it    *12:30 PM*

https://youtu.be/Z1NbZrWGexQ 3:37 - 3:42 opening



    Message    


https://youtu.be/Z1NbZrWGexQ 3:37 - 3:42  opening



**YouTube**
**LEARN TO SPEAK THEIR LANGUAGE**
Martin Luther King tested his non violence stand in Selma at a voter registration protest, Annie Lee Cooper was brutally beaten by police as the men with Kin...

12:33 PM

3:37 - 4:02* ^^^^^  12:34 PM

Opening*^  12:34 PM

I have the lyrics down  12:34 PM

The opening is critical though if the audio can be cleaned and enhanced a bit for sound that's perfect

12:35 PM

In short the song is about retaliation.

fatuluhum  or Kill them all

  

📎  Message  ⬤ 🎤




In short the song is about retaliation.

fatuluhum, or Kill them all 12:36 PM

The chorus is kill them all, 12:36 PM

And it repeats five times inbetween the lyrics 12:36 PM

Amidst gunfire, bombs, recitations and kill counts (done to muslims. We list a country then the amount of muslims killed as a result of US "intervention" or war. Speaking the name of the country then a simple number. Example. Libya, 200,000. Yemen, one million. Etc etc etc. 12:38 PM

I'll explain in further detail a bit later. But the premise of the nasheed is to encourage justified retaliation 12:39 PM

Hince. Kill them all 12:39 PM

Side note: once the video is finished we'll hold on to it for a bit. I've got to speak to a federal or criminal defense attorney to make sure it's compliant with ATF regulations. 12:40 PM

Then we publish 12:40 PM 

 Message  🎤

 
And encourage others to spread it as well. If it's fully compliant with US law. This info can and will change the world for the better, forever.

12:40 PM

As defense against tyranny is needed by everyone but ESPECIALLY muslims.

12:41 PM

July 3

Will work to get this done... 6:08 PM ✓✓

But...why send the video to an attorney? We can't trust them with this kind of thing...they work with and for the other side.

6:11 PM ✓✓

July 6

? 11:51 AM ✓✓



Message



-0:13 🔇× 6:11 PM

Because legal reasons  6:14 PM

Sorry about that wifi was off and  6:14 PM

Uh  6:14 PM

I was practicing lyrics for something else.
6:14 PM

Anywho. Yes. Its neccessary.  Neither of
us want to end up in prison  6:15 PM

July 7

Concerned about the kuffar attorney
turning us in before we even publish the
video..do you have a like minded person?

Akhee, I agree with you on that point.
Neither of us will help the Ummah if we a
locked up by the kuffar

Message


Akhee, I agree with you on that point. Neither of us will help the Ummah if we are locked up by the kuffar.          3:30 PM ✓✓

Akhee, your lyrics sound great, keep practicing.          3:32 PM ✓✓

Lol  4:01 PM

Nah  4:01 PM

Attorney client privilege  prevents that          4:01 PM

I'll have to pay one to take a look. Not just ask some random guy off hand.          4:01 PM

Sides. If the video can't be published legally then I personally won't promote it. You however can if you want.          4:02 PM

But I wouldn't run the risk.  4:02 PM

A simple VPN and uploading to any site would normally do          4:03 PM

                July 13

https://youtu.be/mEtldt-FI8Y

If you wouldn't mind I'd like a personal copy with one of these two songs.



📎  Message  ▬  🎤






**https://youtu.be/mEtldt-FI8Y**

If you wouldn't mind I'd like a personal copy with one of these two songs.



**YouTube**
**Vera Lynn - We'll Meet Again (Dr. Strangelove Ending Updated)**
Here's an updated version of the ending to Stanley Kubrick's Dr. Strangelove (1964) to the song "We'll Meet Again" by Vera Lynn. It features declassified HD ...

*8:08 AM*

**https://youtu.be/H2IgWQVj7x4**



 Message  


<u>https://youtu.be/H2IgWQVj7x4</u>



YouTube
**Nasheed Mahum Bi Ummati Ahmadin**
YouTube ماهم بأمة أحمد    8:08 AM

As Salaam Alaikum Akhee...Inshallah, I will give you a copy for personal use with both of the songs.    11:56 AM ✓✓

Walaykum asalaam wr web. Jazakallah kyair    8:18 PM

July 14

As Salaam Alaikum Akhee, are you there?    8:21 PM ✓✓

Walaykum asalaam    10:52 PM

Yes?

 Message  

**Yes?** *10:52 PM*

> Brother, the videos that you want...how many do you want just for you and to publish? *10:57 PM* ✓✓

**Just me? 2**
**To publish whatever ya got** *11:09 PM*

> Got it. *11:09 PM* ✓✓

*August 1*

> As Salaam Alaikum Akhee. Are you there? *3:02 PM* ✓✓

**Walaykum asalaam.** *3:03 PM*

**Sup?** *3:03 PM*

> How is everything Akhee? *3:05 PM* ✓✓

**Fine and you?** *3:05 PM*

> Albamdulilah...everything is on track Akhee *3:05 PM* ✓✓

**Good good.** *3:05 PM*

> Give me second, be right back Akhe *3:06 P...*

⊘ Message ⬤ 🎤


Akhee, I'm a back. 3:53 PM ✓✓

Ok 3:53 PM

Brother, I have some good news. The final version of your video is near completion.
3:54 PM ✓✓

Neat 3:57 PM

Inshallah, it will inspire the Ummah. However, I have to travel for a very urgent project for Dawlah al-Islamiyah...and once I'm done, I will put the final touches on your video and will send it to you. 4:03 PM ✓✓

Be careful 4:03 PM

Should have your project in a week or two, Inshallah. Wanted to give you a quick update. 4:04 PM ✓✓

Shukran Akhee... 4:05 PM ✓✓

I appreciate that. 4:05 PM

While I'm gone, when you have time start sending me the info for the next video, Inshallah. 4:06 P\

∨

🔗 Message ⬤ 🎤


We shall see. *4:17 PM*

August 4

https://twitter.com/iBo3Dna/status/
1157297419689877504?s=19



**Twitter**
**AdnanBaQer**
https://t.co/b6E2L7V1ao                    *3:04 PM*

Need to know if this could be done with
TATP to be used with a wick to make
homemade dynamite rolls.   *3:04 PM*

September 15                                    ⌄

 Message ⬤ 🎤

As Salaam Alaikum Akhee. 12:24 PM ✓✓

Walaykum asalaam wrathmatulahi wa barakatu 1:17 PM

As I live and breath, you returned. 1:18 PM

Haven't returned just yet.... 7:22 PM ✓✓

Still busy working with the brothers from the Dawlah al-Islamiyah...I will text you as I return Akhee. The project will get completed once I'm back. 7:24 PM ✓✓

Take your time 8:04 PM

November 5

Wa Alaikum As Salaam brother 7:35 PM ✓✓

As Salaam Alaikum Akhee 7:42 PM ✓✓

Walaykum asalaam 9:22 PM

Good to hear from you Akhee.

I just wanted to let you know I made it back from the Dawla al-Islamiyya safe and sound.

Message



barakatu                                   1:17 PM

As I live and breath, you returned.   1:18 PM

Haven't returned just yet....   7:22 PM ✓✓

Still busy working with the brothers from the Dawlah al-Islamiyah...I will text you as I return Akhee. The project will get completed once I'm back.   7:24 PM ✓✓

Take your time   8:04 PM

November 5

Wa Alaikum As Salaam brother   7:35 PM ✓✓

As Salaam Alaikum Akhee   7:42 PM ✓✓

Walaykum asalaam   9:22 PM

Good to hear from you Akhee.

I just wanted to let you know I made it back from the Dawla al-Islamiyya safe and sound.

I will have your video before the end of the week.   9:26 PM ✓✓

Cool   9:39 PM

 Message 

**‹ Chats   ⟳ Waiting for network**

Today

As Salaam Alaikum Akhee....are you there?   *10:27 AM* ✓✓

Yep   *10:37 AM*

Just wanted to make sure...working on the final touches of your video. Will have it to you soon.   *10:43 AM* ✓✓

Goooood   *11:35 AM*

I have multiple version as you requested.

Here is the first version, this version contains no music (Nasheed).

More to follow.   *11:37 AM* ✓✓



6:55 ◀×

WHAT YOU'LL NEED AND WHERE AND HOW TO PURCHASE

| Item | Where to acquire |
|---|---|
| Acetone | Hardware & Beauty Supply Stores |

*11:55 AM*

⌄

📎   Message   🎤

11:55 AM ✓✓

That was well made   12:16 PM

A bit, unusuall....   12:16 PM

But well done   12:16 PM

Alright, so do you have TOR and or a decent VPN service?   12:17 PM

I'm surprised you had a car to waste   12:18 PM

But a necessary sacrifice for science.   12:18 PM

More surprised you could actually demolish a barn.

How exactly did you manage to do that, even in a rural area, with no one saying anything????????????????   12:19 PM

The sound effects from the blast alone would have been heard for several miles   12:19 PM

Well, doesn't matter. The video appears to be legal, well scripted, shows proper yield, creation and where to obtain supplies.   12:20 PM

I suppose storage could have been an

Message

I suppose storage could have been an issue, however, that's something you actually have to have a federal explosives license to have. So I'm pretty sure if you're just getting rid of a stump or... car. It's fine, assuming local/state laws & no one is injured. 12:21 PM

Akhee, the next version I will send to your shortly is the one with the Nasheed... 12:47 PM ✓✓

Good good 12:53 PM

Putting the final touches on the Nasheed videos. 1:46 PM ✓✓

Akhee, here is 1 of 2 with the Nasheed 2:10 PM ✓✓

Send em as you like 2:13 PM

8:01 🔇✕

THE FOLLOWING VIDEO IS BEING MADE FOR SCIENTIFIC AND EDUCATIONAL PURPOSES AND SHOULD NOT BE USED FOR ANY OTHER REASON. THE RESULTING COMPOUNDS ARE HAZRDOUS AND CAN CAUSE INJURY OR LOSS OF LIFE. THEY SHOULD BE HANDLED WITH CARE AND IN ACCORDANCE TO THE LAWS OF YOUR COUNTRY.

Message 🎤

‹ **Chats**   ✳ **Waiting for network**

7:56 ◀× 

## TATP

2:13 PM ✓✓

**2 of 2 will be coming to you shortly Akhee....** 2:13 PM ✓✓

**Excellent** 2:13 PM

**Here is 2 of 2** 2:32 PM ✓✓

8:04 ◀×

*THE FOLLOWING VIDEO IS BEING MADE FOR SCIENTIFIC AND EDUCATIONAL PURPOSES AND SHOULD NOT BE USED FOR ANY OTHER REASON. THE RESULTING COMPOUNDS ARE HAZRDOUS AND CAN CAUSE INJURY OR LOSS OF LIFE. THEY SHOULD BE HANDLED WITH CARE AND IN ACCORDANCE TO THE LAWS OF YOUR COUNTRY.*

2:35 PM ✓✓

**Yeah 2 is pretty solid.** 2:48 PM

**I think it'll have a more general appeal to muslims**

🔗 Message 🎤

I think it'll have a more general appeal to muslims.  2:48 PM

Agree Akhee.  2:56 PM ✓✓

Now, since the first set of videos are finished do you still want to work on another set of videos?  3:04 PM ✓✓

Ahh ahh...  3:18 PM

Aye*  3:18 PM

Gonna need to let this cool down a bit though.  3:18 PM

Talked to my lawyer and waiting to see if he and a couple other people mind reviewing it  3:19 PM

From my perspective looks 100% clean and legal  3:19 PM

However if you'd like, you can do a test run of the product  3:19 PM

You familiar with bitchute?  3:19 PM

It's a video streaming platform like youtube  3:19 PM

Cant it's more wild west out there

Message



**< Chats      ☀ Waiting for network**

Cept it's more wild west out there. *3:19 PM*

So here's what we'll do *3:20 PM*

Either you or I will upload to it. *3:20 PM*

Give it some time and wait to see how it does. I already out flames of war 2 up, never got taken down. So I assume its safe to upload other information and videos there                          *3:20 PM*

Moving forward *3:20 PM*

It'll go down like this. Once I get the A-OK from my lawyer or someone else who I believe has some legal authority.  I'm gonna go ahead and upload it raw. Then after a day or two I'll upload it to youtube as well                          *3:21 PM*

Should gain some traction *3:21 PM*

Seeing as how it's a legal video with adequate depictions, details and information without any instructions to harm others and can be used for honest practical purposes (as seen in the video via rural explosions)            *3:22 PM*

All we need to do from there is one of two

📎   Message                        🎤

All we need to do from there is one of two things.   3:23 PM

1: give it to someone with a decent t audience to review or look over. A demolition channel or something of the sort.  2: wait for the information to reach those in need, i.e Hong Kong protesters, Baghdad protesters or Venezuela for example.

Once the information is public, open and utilized by a few people of the general public the job is done.   3:24 PM

Sorta like how napalm is a well known thing to create, problem is it doesn't have much practical use, THIS however does.   3:25 PM

So, once everyone knows how to make and utilize explosives safely, then we can move on to social engineering   3:25 PM

Those videos will be a bit more.... difficult to create,  as they'll require me to do a good 90% of the research, scripting, fact checking, and siteing sources, once that's all done I have to edit the work into

Message



move on to social engineering  3:25 PM

Those videos will be a bit more.... difficult to create, as they'll require me to do a good 90% of the research, scripting, fact checking, and siteing sources, once that's all done I have to edit the work into something cohesive have you and or others look over the script and then give it to you to edit. From there I'll publish it on my own platform.  3:27 PM

If you're familiar with the, light and knowledge series, think that. That's pretty much what we'll have to do but on a more general sense, then we gradually make the appeal and information more lenient on Islamic society and the need to respond to the war on islam. From that point  3:29 PM

Well, after that part is complete, then its straight up after that.  3:29 PM

I have other projects I need to start working on for other brothers, so follow your plans as to how you will publish these videos.  3:44 PM ✓✓

Will do  4:11 PM

 Message